IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 5:99cr15-SPM

STEVE DANIELS,

      Defendant.
_____/

### ORDER TERMINATING SUPERVISED RELEASE

This cause comes for consideration of Defendant Steve Daniels' Motion to Terminate Supervised Release (doc. 1590).  Defendant has been on supervised release for more than one year, during which time he has complied with all conditions. The probation office and the Government were advised of the motion. Probation has no objection to the requested relief and the Government takes no position.  Pursuant to Title 18, United States Code, Section § 3583(e) and Federal Rule of Criminal Procedure 32.1(c)(2)(B), it is

ORDERED AND ADJUDGED that Defendant's Motion to Terminate Supervised Release (doc. 1590) is granted.  Defendant's term of supervised release is terminated and Defendant is discharged.

DONE AND ORDERED this 18th day of August, 2005.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge